# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| STEWART ABRAMSON, on behalf of himself and others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, 0995316 B.C. LTD. D/B/A XENCALL and BAY AREA HEALTH, LLC,<br><br>   Defendants. | No. 8:19-cv-02523-TPB-AAS<br><br>**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT XENCALL'S MOTION FOR ENLARGEMENT OF TIME** |

Defendant 0995316 B.C. LTD. d/b/a XenCall's motion for extension of time and request that the Court require a second Rule 26(f) conference should be denied. The parties are not required to conduct a second Rule 26(f) conference when another party later appears or is added after a Rule 26(f) conference has been held. On January 8, 2020, a Rule 26 conference was properly held between Plaintiff and Defendants Federal Insurance Company and Bay Area Health. A scheduling order was entered in this action on February 4, 2020. After moving for leave and leave being granted, XenCall was added as a Defendant in this action on April 22, 2020. XenCall was thereafter properly served with discovery on April 29, 2020. Moreover, as acknowledged in XenCall's Motion, XenCall was aware of this litigation and the discovery Plaintiff sought from it prior to being added as a party.

A second Rule 26(f) conference is not required pursuant to the Fed. R. Civ. P. and should not be required by this Court. Moreover, XenCall's Motion makes clear that it seeks a second Rule 26 conference and/or 30-day extension so that it can defer responding to

discovery until it files a motion to dismiss and motion to stay discovery pending determination of that motion. As its Motion makes clear, XenCall has no intention of responding to discovery in this action. XenCall's should not be permitted to avoid its discovery obligations, and its Motion should be denied.

Dated: September 11, 2020  /s/ Avi R. Kaufman
Avi R. Kaufman (Trial Counsel)
Florida State Bar # 84382
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, hereby certify that on September 11, 2020, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

/s/ Avi R. Kaufman
Avi R. Kaufman