**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

**CASE NO. 8:19-cv-02523-TPB-AAS**

STEWART ABRAMSON, individually
and on behalf of all others similarly situated,

       **CLASS ACTION**

    Plaintiff,

v.

FEDERAL INSURANCE COMPANY,
0995316 B.C. LTD d/b/a XENCALL,
and BAY AREA HEALTH, LLC,

    Defendants.
_____/

**DEFENDANT FEDERAL INSURANCE COMPANY'S**
**MOTION FOR LEAVE TO FILE REPLY BRIEF**

COMES NOW the Defendant, FEDERAL INSURANCE COMPANY ("Federal") and files its Motion For Leave To File Reply Brief For Good Cause pursuant to M.D. Fla. L.R. 3.01(c), and in support thereof states:

1. On April 22, 2020, Plaintiff filed his First Amended Complaint (Doc. 47).

2. On May 13, 2020, Defendant Federal filed its Motion to Dismiss the First Amended Complaint (Doc. 56).

3. On June 10, 2020, Plaintiff filed his Response to Federal's Motion to Dismiss First Amended Complaint (Doc. 66) (the "Response").

4. This action was stayed on June 15, 2020 due to a bankruptcy filing (Doc 59). The court lifted the stay on September 30, 2020 (Doc 73).

4. Plaintiff's Response raises new matters not pled in the Amended Complaint and

1

therefore not addressed by Defendant Federal in its Motion to Dismiss, including factual statements regarding a network of agents in the Tampa, Florida area, in support of its assertion of specific personal jurisdiction over Federal.

5. For good cause shown, Defendant Federal requests permission to file a three-page Reply Brief, which will aid the court in resolving the pending motion. *See DiRocco v. Victory Mktg. Agency, LLC*, No. 2:15-cv-552-FtM-99CM, 2015 WL 13802200, at *1 (M.D. Fla. Nov. 4, 2015). "The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court." *Tardif v. People for Ethical Treatment of Animals*, No. 2:09-cv-537-FtM-29SPC, 2011 WL 2729145, at *2 (M.D. Fla. July 13, 2011).

6. Pursuant to M.D. Fla. L. R. 3.03(g), Defendant Federal's counsel has conferred with Plaintiff's counsel who has indicated that he opposes the motion.

WHEREFORE, Defendant Federal moves the court to grant it leave to file a Reply Brief to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss (Doc. 66).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October, 2020, the foregoing document was filed with the Clerk of Court using the Court's CM/ECF system, which will generate notification to all counsel of record, or pro se parties identified below, thereby notifying all parties of record:

Avi R. Kaufman
Kaufman P.A.
*Attorneys for Plaintiff*
400 NW 26th Street
Miami, FL 33127
E-mail(s):   kaufman@kaufmanpa.com
             rachel@kaufmanpa.com

2

Jeffrey A. Backman, Esq.
Greenspoon Marder
*Attorneys for Defendant, 0995316 B.C. LTD.*
*d/b/a Xencall*
200 East Broward Boulevard
Suite 1800
Fort Lauderdale, FL 33301
Email: jeffrey.backman@gmlaw.com

By: *s/ John P. Kelly*
John P. Kelly, Esq.
Florida Bar No. 284289
Andrew V. Cobbe, Esq.
Florida Bar No. 110028
SOTO LAW GROUP, P.A.
*Attorneys for Defendant,*
*Federal Insurance Company*
2400 E. Commercial Blvd., Suite 400
Fort Lauderdale, FL 33308
Telephone: (954) 567-1776
Email(s):   john@sotolawgroup.com
            andrew@sotolawgroup.com
            rebecca@sotolawgroup.com
            jkelly@businesslitigation.com