IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| STEWART ABRAMSON, on behalf of himself and others similarly situated, | : : No. 8:19-cv-02523-TPB-AAS : |
| Plaintiff, | : : |
| v. | : **PLAINTIFF'S UNOPPOSED MOTION** : **FOR EXTENSION OF TIME** |
| FEDERAL INSURANCE COMPANY, 0995316 B.C. LTD. D/B/A XENCALL and BAY AREA HEALTH, LLC, | : : : : |
| Defendants. | : : |

Plaintiff Stewart Abramson ("Plaintiff" or "Mr. Abramson") by and through undersigned counsel, and with the consent of Defendant, respectfully moves the Court to enter an Order briefly extending the deadline for Plaintiff to respond to Defendant Xencall's Motion to Dismiss Plaintiff's First Amended Class Action Complaint [Dkt. 78] and its Motion to Stay [Dkt. 79].

Defendant Xencall filed its Motion to Dismiss and Motion to Stay on October 28, 2020. Accordingly, Plaintiff's responses to the motions are due on November 12, 2020, due to the Federal holiday on November 11, 2020.

Plaintiff requests a brief two week extension of time to file his responses in opposition to the Motion to Dismiss and Motion to Stay, as Plaintiff's counsel is reviewing the Motions and supporting authorities, and requires additional time within which to respond.

This is Plaintiff's first request for an extension of time to respond to the Motions, and Defendant does not oppose the requested extension. No other Court ordered deadline will be affected by the requested extension.

Therefore, Plaintiff respectfully requests that the Court extend Plaintiff's deadline to respond to Defendant's Motion to Dismiss and Motion to Stay up to and including November 25, 2020.

## LOCAL RULE 3.01(g) CERTIFICATION

Plaintiff's undersigned counsel certifies that he has conferred with counsel for Defendant Xencall and has been authorized to represent that Defendant consents to the requested relief.

Dated: November 11, 2020

*/s/ Avi R. Kaufman*
Avi R. Kaufman (Trial Counsel)
Florida State Bar # 84382
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, hereby certify that on November 11, 2020, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

*/s/ Avi R. Kaufman*
Avi R. Kaufman