# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA (TAMPA)

### CASE NO.:  8:19-cv-02523-TPB-AAS

STEWART ABRAMSON, individually and on behalf of all other similarly situated,

    Plaintiff,

v.

FEDERAL INSURANCE COMPANY et al.,

    Defendants.

**CLASS ACTION**

## DEFENDANT 0995316 B.C. LTD. D/B/A XENCALL'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant, 0995316 B.C. LTD. d/b/a XenCall ("XenCall") hereby gives notice of supplemental authority relevant to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, (ECF 78), namely the United States District Court for the Middle District of Florida's recent decision in *Hussain v. Sullivan Buick-Cadillac-GMC Truck, Inc. et al..*, No. 5:20-cv-00038-JSM-PRL, ECF No. 74 (M.D. Fla. December 11, 2020*)* (attached as Exhibit A), in which the court granted a motion to dismiss for lack of personal jurisdiction based upon the same arguments presented by XeCall.

DATED:  December 11, 2020

                                        Respectfully submitted,

                              By:   */s/ Jeffrey A. Backman*
                                      JEFFREY A. BACKMAN
                                      Florida Bar No. 662501
                                      Gregg I. Strock
                                      Florida Bar No. 1010140
                                      GREENSPOON MARDER LLP
                                      200 E. Broward Blvd., Suite 1800
                                      Ft. Lauderdale, FL  33301
                                      (954) 491-1120

jeffrey.backman@gmlaw.com  
khia.joseph@gmlaw.com  
gregg.strock@gmlaw.com  
lisa.webster@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that, on December 11, 2020, a true and correct copy of the foregoing document was forwarded to all counsel of record in compliance with the Federal Rules of Civil Procedure.

By: */s/ Jeffrey A Backman*
   Jeffrey A. Backman