UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA (TAMPA)

CASE NO.: 8:19-cv-02523-TPB-AAS

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL INSURANCE COMPANY et al.,<br><br>    Defendants. | CLASS ACTION |

**DEFENDANT 0995316 B.C. LTD. D/B/A XENCALL'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant, 0995316 B.C. LTD. d/b/a XenCall ("Defendant"), hereby gives notice of supplemental authority relevant to Defendant's Motion to Dismiss, (ECF 78), namely the United States District Court for the District of Nevada's decision, issued on December 10, 2020, in *Edwards v. Martinez, Inc.*, Case No. 20-cv-00570, 2020 WL 7260931 (D. Nev. Dec. 10, 2020) (attached as Exhibit A).

DATED:  December 21, 2020                                Respectfully submitted,

                                By:    */s/ Gregg I. Strock*
                                        Jeffrey A. Backman
                                        Florida Bar No. 662501
                                        Gregg I. Strock
                                        Florida Bar No. 1010140
                                        GREENSPOON MARDER LLP
                                        200 E. Broward Blvd., Suite 1800
                                        Ft. Lauderdale, FL  33301
                                        (954) 491-1120
                                        jeffrey.backman@gmlaw.com
                                        khia.joseph@gmlaw.com

                                        *Attorneys for XenCall*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 21, 2020, a true and correct copy of the foregoing document was forwarded to all counsel of record in compliance with the Federal Rules of Civil Procedure.

By: /s/ Gregg I Strock
Gregg I. Strock, Esq.