IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| STEWART ABRAMSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, 0995316 B.C. LTD. D/B/A XENCALL and BAY AREA HEALTH, LLC,<br><br>Defendants. | :<br>:  No. 8:19-cv-02523-TPB-AAS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S
MOTION FOR LEAVE TO FILE REPLY BRIEF**

The Court should deny Xencall's motion for leave to file a reply brief in support of its motion to dismiss because Xencall does not satisfy the standard for being granted such leave. "The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court." *Tardif v. People for the Ethical Treatment of Animals*, No. 2:09-cv-537-FtM-29SPC, 2011 U.S. Dist. LEXIS 75346, at *5 (M.D. Fla. July 13, 2011). Xencall does not assert that Plaintiff's opposition to the motion to dismiss contains any new law or facts. Instead, without support, Xencall falsely alludes to misrepresentations of the law and facts in Plaintiff's opposition, and further argues that it should be granted a reply because issues that this Court has already addressed in this case (*see* ECF no. 93) are "a matter of first impression." Xencall's accusations are baseless and should not be sustained. The Court should therefore deny Xencall's motion for leave for failure to raise a sufficient basis for filing a reply.

Respectfully submitted,

Dated: December 28, 2020

*/s/ Avi R. Kaufman*
Avi R. Kaufman (Trial Counsel)
Florida State Bar # 84382
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I, hereby certify that on December 28, 2020, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

*/s/ Avi R. Kaufman*
Avi R. Kaufman

2