## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**STEWART ABRAMSON,**

    **Plaintiff,**

v.                                             Case No.: 8:19-cv-02523-TPB-AAS

**FEDERAL INSURANCE COMPANY, et al.,**

    **Defendants.**

_____/

## NOTICE OF CANCELLATION OF MEDIATION

PLEASE TAKE NOTICE that the mediation scheduled for February 12, 2021, has been cancelled by the undersigned Mediator.

Done January 12, 2021 in Tampa, Florida.

    Respectfully submitted,

/s/ Peter J. Grilli
Peter J. Grilli, Esq.
Florida Bar No. 237851
Mediator
3001 West Azeele Street
Tampa, Florida 33609
813.874.1002      Fax: 813.874.1131
email: peter@grillimediation.com

I HEREBY CERTIFY that January 12, 2021 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

/s/ Peter J. Grilli
Peter J. Grilli, Esq.