IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| STEWART ABRAMSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, 0995316 B.C. LTD. D/B/A XENCALL and BAY AREA HEALTH, LLC,<br><br>Defendants. | :<br>:  No. 8:19-cv-02523-TPB-AAS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT XENCALL'S OBJECTION TO DECEMBER 31, 2020 ORDER**

Defendant XenCall manipulated the discovery process to obtain a dismissal of Plaintiff's claim for lack of personal jurisdiction based on the sworn, but uncontroverted, misrepresentation of its employee that XenCall did not have a direct relationship with Florida based Defendant Bay Area Health, the entity that placed the prerecorded call to Plaintiff using XenCall's platform.  More specifically, ***nearly two months after it served sworn interrogatory responses stating that it did not know what calling platform Defendant Bay Area Health used to make prerecorded calls to Plaintiff, and almost two weeks after Plaintiff responded to XenCall's motion to dismiss for lack of personal jurisdiction based on the false premise that XenCall did not have a direct relationship with Bay Area Health,*** for the first time, XenCall admitted that it in fact did have a relationship with a Florida company called Global Healthcare Solutions, and produced recordings of calls between Global Healthcare Solutions and Plaintiff in XenCall's possession.  *See* Answers to

Interrogatories [attached as Exhibit 1] at no. 2; December 22, 2020 email [attached as Exhibit 2] enclosing Xencall's supplemental production of call recordings, but failing to provide amended, accurate interrogatory answers; *see also* Plaintiff's motion to compel XenCall to produce calling records (ECF 102).  Global Healthcare Solutions is a Florida registered fictitious name for Florida based Defendant Bay Area Health.  *See* Florida Division of Corporations Fictitious Name Detail [attached as Exhibit 3].  Accordingly, Plaintiff will be seeking leave to amend the complaint to reallege a claim against XenCall, arising from calls made by Bay Area Health using XenCall's platform, and will be renewing his motion to compel XenCall to produce the calling records associated with Bay Area Health's account.

                                            Respectfully submitted,

Dated: January 28, 2021                */s/ Avi R. Kaufman*
                                       Avi R. Kaufman (Trial Counsel)
                                         Florida State Bar # 84382
                                         Kaufman P.A.
                                         400 NW 26th Street
                                         Miami, FL 33127
                                         Telephone: (305) 469-5881
                                         Email: kaufman@kaufmanpa.com

                                         *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I, hereby certify that on January 28, 2021, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

                                         */s/ Avi R. Kaufman*
                                         Avi R. Kaufman