DIVISION OF CORPORATIONS



Previous on List    Next on List    Return to List            Fictitious Name Owner Search
No Filing History                                             Submit

# Fictitious Name Detail

### Fictitious Name
GLOBAL HEALTHCARE SOLUTIONS

### Filing Information

| | |
|---|---|
| Registration Number | G18000091477 |
| Status | ACTIVE |
| Filed Date | 08/16/2018 |
| Expiration Date | 12/31/2023 |
| Current Owners | 1 |
| County | PASCO |
| Total Pages | 1 |
| Events Filed | NONE |
| FEI/EIN Number | 83-1599995 |

### Mailing Address

6213 STATE ROAD 54
NEW PORT RICHEY, FL 34653

### Owner Information

BAY AREA HEALTH, LLC.
6213 STATE ROAD 54
NEW PORT RICHEY, FL 34653
**FEI/EIN Number:** 83-1599995
**Document Number:** L18000196579

### Document Images

08/16/2018 -- Fictitious Name Filing    View image in PDF format

Previous on List    Next on List    Return to List            Fictitious Name Owner Search
No Filing History                                             Submit

Florida Department of State, Division of Corporations

dos.sunbiz.org/scripts/ficidet.exe?action=DETOWN&docnum=G18000091477&seq=000000001&format=C&name=BAY AREA HEALTH%2c LLC%2e…    1/1